JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BYRON LEROY SCOTT, | CASE NO. 5:14-cv-2648-R (SK) |
|---|---|
| Petitioner, | |
| v. | **JUDGMENT** |
| STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Order Dismissing Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed and this action is dismissed without prejudice.

DATED: March 8, 2018

HON. MANUEL L. REAL
U.S. DISTRICT JUDGE